THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB BARR, on his own behalf and on behalf of other similarly situated persons,<br><br>        Plaintiff,<br><br>        v.<br><br>PAYZID LLC, a California company doing business as SALESESCALATOR.COM, and DOCIRCLE, INC., a California corporation doing business as TRUMPIA.COM,<br><br>        Defendants. | NO. 2:12-cv-01461-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br><u>Noting date:  January 15, 2013</u> |

## I.  STIPULATION

Plaintiff Jacob Barr and Defendants Payzid LLC and Docircle, Inc. hereby stipulate that Plaintiff Jacob Barr's claims against Defendants Payzid LLC and Docircle, Inc. may be dismissed with prejudice and without costs as to any party.

DATED this 15th day of January, 2013.

s/ Donald W. Heyrich
Donald W. Heyrich, WSBA #23091
Daniel Kalish, WSBA #35815
Attorneys for Plaintiff
HEYRICH KALISH MCGUIGAN PLLC
1325 Fourth Avenue, Suite 540
Seattle, WA 98101
Tel: (206) 838-2504
dheyrich@hkm.com
dkalish@hkm.com

s/Michael I. White
Michael I. White, WSBA #35409
Attorneys for Defendants Payzid LLC and DoCircle, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Email:  mwhite@williamskastner.com

STIPULATION AND ORDER OF DISMISSAL - 1
2:12-cv-01461-MJP

3575961.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

II.  <u>ORDER</u>

Based on the foregoing stipulation, IT IS HEREBY ORDERED that all of Plaintiff Jacob Barr's claims against Defendants Payzid LLC and DoCircle, Inc. are dismissed with prejudice and without costs as to any party.

DATED this _____ day of _____, 2013.

_____
HONORABLE MARSHA J. PECHMAN

PRESENTED BY:

| | |
|---|---|
| s/ Donald W. Heyrich | s/Michael I. White |
| Donald W. Heyrich, WSBA #23091 | Michael I. White, WSBA #35409 |
| Daniel Kalish, WSBA #35815 | Attorneys for Defendants Payzid LLC and DoCircle, Inc. |
| Attorneys for Plaintiff | WILLIAMS, KASTNER & GIBBS PLLC |
| HEYRICH KALISH MCGUIGAN PLLC | 601 Union Street, Suite 4100 |
| 1325 Fourth Avenue, Suite 540 | Seattle, WA 98101-2380 |
| Seattle, WA 98101 | Telephone: (206) 628-6600 |
| Tel: (206) 838-2504 | Email: mwhite@williamskastner.com |
| dheyrich@hkm.com | |
| dkalish@hkm.com | |

STIPULATION AND ORDER OF DISMISSAL - 2
2:12-cv-01461-MJP

3575961.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600